UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE STATE OF NEVADA, | ) | Case No. 2:16-cv-00900-APG-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |

    Pending before the Court is a notice of removal, filed under seal by the United States. Docket No. 1. Parties requesting to file under seal must file a motion requesting that relief, accompanied by a memorandum of points and authorities addressing the applicable legal authorities and explaining why they have been met. *See* Local Rule 10-5(b); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) (outlining standards). The Ninth Circuit has also held that a district court abuses its discretion in sealing entire documents when those documents "can be redacted easily to protect [the confidential information] while leaving other meaningful information." *Foltz*, 331 F.3d at 1137; *see also In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 425 (9th Cir. 2011) (where cause exists to shield discovery material from third-party disclosure, "a court must still consider whether redacting portions of the discovery material will nevertheless allow disclosure").

    No motion to seal accompanied the removal petition, nor is any showing made within that notice of removal explaining the legal and/or factual basis for the sealing of the entirety of the notice of removal and all attached exhibits.

1  Accordingly, the United States must file a motion to seal no later than April 29, 2016, explaining
2  the legal and factual basis for sealing the notice of removal and all exhibits thereto.
3  IT IS SO ORDERED.
4  DATED: April 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge