**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THE STATE OF NEVADA, | ) | Case No. 2:16-cv-00900-APG-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is a notice of removal.  Docket No. 1.  The parties are hereby **ORDERED** to promptly meet-and-confer and to file, no later than May 6, 2016, a joint statement regarding the parties' proposal(s) for moving this case forward to resolution.

IT IS SO ORDERED.

DATED: April 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge