**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA, | Case No. 2:16-cv-00900-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| RAUL GONZALES, | |
| Defendant(s). | |

On April 22, 2016, the Court issued an order as to whether the petition of removal in this case at Docket No. 1 and the exhibits thereto should remain sealed. Docket No. 5. The Government has filed a response to that order indicating that sealing is not appropriate. Docket No. 7 at 2.[1] Accordingly, the Clerk's Office is **INSTRUCTED** to unseal Docket No. 1 and the exhibits thereto.

IT IS SO ORDERED.

DATED: April 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court notes that certain exhibits filed with the petition of removal contain personal identifiers. *See, e.g.*, Docket No. 1-2 (including date of birth of Raul Gonzales). The Government contends that a copy of the filing is docketed and publicly available in state court, however. *See* Docket No. 7 at 2. As such, it appears such information need not be redacted here. *See* Fed. R. Civ. P. 5.2(b)(3) (providing exemption to redaction requirement where the filing is part of the official record of a state-court proceeding).