DANIEL G. BOGDEN
United States Attorney
District of Nevada
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *patrick.rose@usdoj.gov*
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL GONZALES,<br><br>    Defendant. | Case No. 2:16-cv-00900-APG-NJK<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to this Court's Order (ECF No. 6), directing the parties to provide a joint statement with a proposal for moving this case forward toward resolution, the parties, through undersigned counsel, state and stipulate as follows:

### NATURE OF PROCEEDING

The underlying case commenced in state court in January 2014 as a criminal case by the State of Nevada, represented by Chief Deputy District Attorney, David L. Stanton, against Raul Gonzales, represented by Assistant Special Public Defender, Randall H. Pike. The United States, represented by Assistant United States Attorney, Patrick A. Rose, recently removed this proceeding to federal court pursuant to 28 U.S.C. § 1442(a)(1), *United States ex rel Touhy v. Ragen*, 340 U.S. 462 (1951), and its progeny, relative to two state court orders (and an underlying subpoena duces tecum) for the production of FBI records.

PROPOSED MEANS OF RESOLUTION

This proceeding may be resolved by motion practice. The parties stipulate to a dispositive briefing schedule as follows:

June 6, 2016:   Due date for United States' motion;

June 27, 2016   Due date for state court parties' oppositions; and

July 15, 2016   Due date for United States' reply(ies).

Respectfully submitted this 2 day of May 2016.

_____
DAVID L. STANTON
Chief Deputy District Attorney
Major Violators Unit
Clark County D.A.s Office
Las Vegas, Nevada 89101
Office: (702) 671-2826
Fax: (702) 477-2974
david.stanton@clarkcountyda.com
*Attorney for the State of Nevada*

/s/ Randall H. Pike
_____
RANDALL H. PIKE
Assistant Special Public Defender
330 S. Third Street Suite 800
Las Vegas, NV 89155
702 455-6265
Fax 702455-6273
rpike@clarkcountynv.gov
*Attorney for Raul Gonzales*

DANIEL G. BOGDEN
United States Attorney

_____
PATRICK A. ROSE
Assistant United States Attorney
*Attorneys for removing-party,
the United States*

IT IS SO ORDERED.

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE
DATED: May 2, 2016